The Honorable John H. Chun

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SCOTT SCHORER,<br><br>            Plaintiff,<br><br>      vs.<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY,<br><br>            Defendant. | NO. 2:22-CV-00207-JCH<br><br>STIPULATED MOTION AND ORDER OF DISMISSAL<br><br>(Clerk's Action Required)<br><br>**Note on Motion Calendar:**<br>**July 12, 2022** |

## I.  STIPULATION

Plaintiff Scott Schorer ("Plaintiff") and defendant State Farm Mutual Automobile Insurance Company ("Defendant"), hereby stipulate that all of Plaintiff's claims against Defendant in this matter shall be dismissed with prejudice and without attorney's fees or costs to any party.

Dated this 12th day of July, 2022
BETTS, PATTERSON & MINES, P.S.

By  /s Vasudev N. Addanki
    Vasudev N. Addanki, WSBA #41055
    Luisa E. Taddeo, WSBA #48677
*Attorneys for Defendant State Farm Automobile Insurance Company*

Dated this 12th day of July, 2022
ODAMA LAW PLLC d/b/a SEATTLE CAR ACCIDENT LAW FIRM

By  /s Melissa O. Hart  (email approval)
    Melissa O. Hart, WSBA #34226
*Counsel for Plaintiff Scott Schorer*

STIPULATED MOTION AND ORDER OF DISMISSAL - NO. 2:22-CV-00207-JCH

- 1 -

Betts
Patterson
Mines
**One Convention Place**
Suite 1400
701 Pike Street
Seattle, Washington 98101-3927
(206) 292-9988

1919059/071222 0911/8544-0073

## II. ORDER OF DISMISSAL

THIS MATTER having been brought on duly and regularly before the undersigned Judge of the above-entitled Court, the Court being fully advised in all matters, does hereby, pursuant to the foregoing Stipulation,

ORDER, ADJUDGE AND DECREE that the above-entitled action and all claims alleged therein against Defendant State Farm Automobile Insurance Company are hereby dismissed with prejudice and without attorney's fees or costs to any party.

DATED this 12th day of July, 2022.

_____
United States District Judge
John H. Chung

Present by:

BETTS, PATTERSON & MINES, P.S.


By  /s Vasudev N. Addanki
    Vasudev N. Addanki, WSBA #41055
    Luisa E. Taddeo, WSBA #48677
*Attorneys for Defendant State Farm Automobile Insurance Company*


ODAMA LAW PLLC d/b/a SEATTLE CAR ACCIDENT LAW FIRM


By  /s Melissa O. Hart (email approval)
    Melissa O. Hart, WSBA # 34226
*Counsel for Plaintiff Scott Schorer*

STIPULATED MOTION AND ORDER OF DISMISSAL - NO. 2:22-CV-00207-JCH

- 2 -

Betts Patterson Mines
One Convention Place
Suite 1400
701 Pike Street
Seattle, Washington 98101-3927
(206) 292-9988

1919059/071222 0911/8544-0073

# CERTIFICATE OF SERVICE

I, Sally J. Phillips, hereby certify that on July 12, 2022, I electronically filed the following:

- **STIPULATED MOTION AND [PROPOSED] ORDER OF DISMISSAL; and**
- **Certificate of Service.**

with the Court using the CM/ECF system which will send notification of such filing to the following:

***Counsel for Plaintiff Schorer***
Melissa O. Hart
Odama Law PLLC dba Seattle Car Accident Law Firm
155 NE 100th St Ste 210
Seattle, WA 98125

DATED this 12th day of July 2022.

        /s/ Sally Phillips
        Sally Phillips

STIPULATED MOTION AND ORDER OF DISMISSAL - NO. 2:22-CV-00207-JCH    - 3 -

Betts Patterson Mines
One Convention Place
Suite 1400
701 Pike Street
Seattle, Washington 98101-3927
(206) 292-9988

1919059/071222 0911/8544-0073